## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lamb, William H | Case Number:  05 B 09168 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/12/08 | Filed:  3/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  June 12, 2008

Confirmed:  May 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 24,038.00 | |
| Secured: | | 6,808.94 |
| Unsecured: | | 13,729.77 |
| Priority: | | 0.00 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 1,183.69 |
| Other Funds: | | 715.60 |
| Totals: | 24,038.00 | 24,038.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Starks & Boyd PC | Administrative | 1,600.00 | 1,600.00 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | Harley Davidson Credit | Secured | 6,333.27 | 6,333.27 |
| 4. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 16,151.37 | 475.67 |
| 5. | Great Seneca | Unsecured | 2,996.71 | 2,996.71 |
| 6. | Harley Davidson Credit | Unsecured | 713.05 | 713.05 |
| 7. | RoundUp Funding LLC | Unsecured | 4,738.32 | 4,738.32 |
| 8. | Target National Bank | Unsecured | 5,281.69 | 5,281.69 |
| 9. | Elan Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 37,814.41 | $ 22,138.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 56.56 |
| 3% | 63.63 |
| 5.5% | 349.97 |
| 5% | 70.69 |
| 4.8% | 169.68 |
| 5.4% | 381.80 |
| 6.5% | 91.36 |
| | _____ |
| | $ 1,183.69 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lamb, William H

Printed:  8/12/08

Case Number:  05 B 09168

Judge:  Hollis, Pamela S

Filed:  3/15/05

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

